Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER - GENERAL

Case No.  CR 04-0598 WMB           Date/Filed: November 4, 2004

PRESENT: HONORABLE  WM. MATTHEW BYRNE, JR.  , DISTRICT JUDGE

| Vangelina Pina | Walter Ledge | Mark Childs |
|---|---|---|
| COURTROOM DEPUTY CLERK | COURT REPORTER | ASSISTANT U.S. ATTORNEY |

INTERPRETER: _____ N/A _____

| U.S.A. -v- DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| 3) Alfonso Meza | 3) Judith Rochlin, Apptd. |
| XX PRESENT XX CUSTODY __ BOND | XX PRESENT XX APPTD __ RTND |
| 13) Tim Bonnington | 13) Marilyn Bernardski, Apptd. |
| XX PRESENT XX CUSTODY __ BOND | XX PRESENT XX APPTD __ RTND |

PROCEEDINGS:   1. DEFENDANT BONNINGTON'S MOTION TO SUPPRESS EVIDENCE SEIZED; 2. DEFENDANT BONNINGTON'S MOTION TO SUPPRESS WIRETAP (fld: 10-15-04); 3. DEFENDANT MEZA'S JOINDER IN MOTION TO SUPPRESS EVIDENCE (Fld: 10-25-04); 4. DEFENDANT MEZA'S MOTION TO SUPPRESS STATEMENT (fld: 10-26-04); 5. DEFENDANT MEZA'S MOTION TO SUPPRESS EVIDENCE (ILLEGAL SEARCH) - (fld: 10-27-04)      (HEARING)

Counsel present, hearing held. Oral argument heard, witnesses called, sworn and testify, exhibit admitted, the Court denies Defendant Bonnington's Motion to Suppress Evidence Seized, Defendant Bonnington's Motion to Suppress Wiretap and Defendant Meza's Joinder in Motion to Suppress Evidence. The Court grant's Defendant Meza's Motion to Suppress Statement and continues Defendant's Meza's Motion to Suppress Evidence (Illegal Search/fld: 10-27-04) to **November 16, 2004, at 3:00 p.m.**

As to defendant Bonnington, the Court schedules a Status Conference for **November 16, 2004, at 1:45 p.m.** and Trial for **December 7, 2004, at 9:00 a.m.**

cc:  All Counsel of Record
     USM
     USPO

MINUTES FORM 6
CRIM - GEN



ENTER ON ICMS    Initials of Deputy Clerk ___

NOV 12 2004